**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EL GRANDE STEEL, INC., a California Corporation; RICARDO SANCHEZ, an individual,<br><br>                  Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; LAND ROVER JAGUAR ANAHEIM HILLS, a business entity form unknown; and Does 1 through 20, inclusive,<br><br>                  Defendants. | **CASE NO: SACV11–1993 JST (Ex)**<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice and good cause appearing, orders that this matter be, and is hereby, dismissed with prejudice.

    IT IS SO ORDERED.

September 17, 2012

_____
Hon. Josephine Staton Tucker
Judge of the United States District Court